IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK OBERHEIM AND BRENDA OBERHEIM, PARENTS OF G.O. E.O., MINOR CHILDREN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINA BASON, SUPERINTENDENT; DAVID SHIMMEL, PRESIDENT OF THE MONTOURSVILLE SCHOOL BOARD; MONTOURSVILLE SCHOOL BOARD; and ALISON BEAM, ACTING SECRETARY OF THE PENNSYLVANIA SECRETARY OF HEALTH,<br><br>Defendants. | No. 4:21-CV-01566<br><br>(Chief Judge Brann) |

**ORDER**

**AND NOW**, this 30th day of September 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion for Preliminary and Permanent Injunction (Doc. 10) is **DENIED**.

2. In so doing, the Court denies the Plaintiffs' requests for a temporary restraining order, a preliminary injunction, and a permanent injunction.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge